United States Courts
Southern District of Texas
FILED
*September 23, 2026*
Nathan Ochsner, Clerk of Court

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CASE NO. 4:26-cr-622** |
| | § | |
| **JUAN CARLOS VALDOVINOS-MERAZ** | § | |
| **JOSE ALIRIO ALAS-RODRIGUEZ** | § | **FILED UNDER SEAL** |
| | § | |
| **Defendants.** | § | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

**Conspiracy to Possess With Intent to Distribute a Controlled Substance**

On or about September 24, 2025, continuing through November 5, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JUAN CARLOS VALDOVINOS-MERAZ**
**AND**
**JOSE ALIRIO ALAS-RODRIGUEZ,**

defendants herein, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with each other and others, known and unknown to the Grand Jury, to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT TWO**

**Possession With Intent to Distribute a Controlled Substance**

On or about September 24, 2025, continuing through September 25, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JUAN CARLOS VALDOVINOS-MERAZ,**

defendant herein, did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT THREE**

**Possession With Intent to Distribute a Controlled Substance**

On or about October 16, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JUAN CARLOS VALDOVINOS-MERAZ,**

defendant herein, did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT FOUR**

**Aiding and Abetting Possession With Intent to Distribute a Controlled Substance**

On or about October 23, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JUAN CARLOS VALDOVINOS-MERAZ**

defendant herein, aiding and abetting others known and unknown to the Grand Jury did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

**COUNT FIVE**

**Aiding and Abetting Possession With Intent to Distribute a Controlled Substance**

On or about November 3, 2025, continuing through November 5, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JUAN CARLOS VALDOVINOS-MERAZ**
**AND**
**JOSE ALIRIO ALAS-RODRIGUEZ,**

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

**NOTICE OF FORFEITURE**

**21 U.S.C. § 853(a)**

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to defendants:

**JUAN CARLOS VALDOVINOS-MERAZ**
**AND**
**JOSE ALIRIO ALAS-RODRIGUEZ,**

that, in the event of conviction of an offense in violation of Title 21, United States Code, Sections 841 or 846, the following is subject to forfeiture:

(1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and
(2) all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

**Money Judgment**

Defendants are notified that in the event of conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

**Substitute Assets**

In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant up to the total value of the property subject to forfeiture.

A True Bill:

Original signature on file

______________________________
Grand Jury Foreperson

AARON F. REITZ
UNITED STATES ATTORNEY

Jennifer Stabe
JENNIFER C. STABE
Assistant United States Attorney
Southern District of Texas
713-567-9711